LILIAN G. TSANG, SBN 260460
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 3051
MODESTO, CALIFORNIA  95353-3051
Telephone:     (209) 576-1954
Fax:               (209) 576-7984
Website:         www.mod13.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br><br>  GISLENE S SANDERS<br>  FLOYD WESLEY JOHNSON<br><br>             Debtor(s), | Case No. 24-25669 |
| --- | --- |

**ORDER CONFIRMING PLAN**

The Chapter 13 Plan filed on December 18, 2024 has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the Debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The Debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the Trustee of any change in the Debtor's address;

2. The Debtor shall immediately notify the Trustee, in writing, of any termination, reduction of, or other change in the employment of the Debtors; and

3. The Debtor shall appear in court whenever notified to do so by the Court.

**IT IS FURTHER ORDERED** that the attorney's fees for the Debtor's attorney in the full amount of $8,500.00 are approved, $1,900.00 of which was paid prior to the filing of the petition. The balance of $6,600.00, provided that the attorney and Debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the Trustee from plan payments in equal monthly installments over the term of the most recent confirmed Chapter 13 plan.

///

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1323, the plan is amended as follows: NONE.

Date: 2/4/2025

Approved by MIKALAH RAYMOND LIVIAKIS, Esq.
Attorney for Debtor

Date: 2/4/2025

/s/Lilian G. Tsang
Approved by the Chapter 13 Trustee as to form

BY THE COURT

Dated: February 06, 2025

United States Bankruptcy Judge

2